plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff while driving a wagon northerly on North Broadway in the city of White Plains received the injuries complained of as the result of a collision with an automobile owned by defendants. It was contended that the trial court erred in refusing to permit counsel for the insurance company defending the action to prove that defendants were insured against accident and that one of the defendants called as a witness on their behalf had conspired with the plaintiff to mulct the insurance company and had given untrue testimony.

*William C. Fiest* and *F. A. W. Ireland* for appellants.
*Charles Edward Long, Francis J. Mahony* and *Thomas A. McKennell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

----

CHARLES S. CASH, INC., Respondent, *v.* ISAAC STEINBOOK et al., Appellants.

*Trade names — unfair competition — action to restrain imitation by defendants of plaintiff's store fronts and of their trade-marks and slogans.*

*Cash, Inc.,* v. *Steinbook,* 220 App. Div. 569, affirmed.
(Argued December 7, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered June 4, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to restrain the use by defendants in their several stores of blue and orange lettering in such combination as to constitute an imitation and simulation of the plaintiff's windows and

store fronts, and from using a trade-mark and trade slogan in simulation of those used and registered by the plaintiff.

*Wallace T. Stock, Edwin L. Garvin* and *Samuel Weiss* for appellants.

*Lewis F. Glaser* and *Isidor J. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: CRANE, J.

---

CARTER, MACY COMPANY, INC., Appellant, *v.* GEORGE T. MATTHEWS et al., Respondents.

*Contract — sale — action to recover purchase price of goods alleged to have been sold — complaint properly dismissed on ground there was no transfer of title.*

*Carter, Macy Co., Inc.,* v. *Matthews,* 220 App. Div. 679, affirmed. (Argued December 8, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered June 16, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was to recover the purchase price of three lots of tea alleged to have been sold to defendants. The only memorandum of the sale was unsigned and before the tea arrived in New York defendants notified plaintiff they would not accept it. The Appellate Division held there was no transfer of title and hence the action for the price could not be maintained and that, furthermore, the defense of the Statute of Frauds was sustained by the proof.

*Edward W. Bourne* and *Clifton P. Williamson* for appellant.

*Thomas Gregory* and *William E. Vogel* for respondents.

Judgment affirmed, with costs, on ground there was no transfer of title of the subject-matter of the sale.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.